Kevin E. BURNS, Barbara Burns, and Renee A. De Fina, Plaintiffs–Appellants,

v.

BANK OF AMERICA, its affiliates, subsidiaries and agents, including, but not limited to, BA Mortgage, Defendants–Appellees.

Docket No. 04–0061.

United States Court of Appeals, Second Circuit.

Dec. 14, 2004.

Barbara R. Burns, Hackensack, N.J., for Plaintiffs–Appellants, pro se.

Steven S. Rand, Zeichner Ellman & Krause LLP, New York, N.Y., for Defendants–Appellees.

Present: OAKES, KATZMANN, and HWESLEY, Circuit Judges.

SUMMARY ORDER

The district court properly granted the defendants' motion to dismiss the complaint for substantially the reasons it articulated in its order, *see Burns v. Bank of America,* No. 03 Civ. 1685, 2003 WL 22990065, 2003 U.S. Dist. LEXIS 22799 (S.D.N.Y. Dec.18, 2003), but we think it prudent to allow the plaintiffs an opportunity to amend their complaint, *see* Fed. R.Civ.P. 15(a); *Pangburn v. Culbertson,* 200 F.3d 65, 70 (2d Cir.1999) (" '[A] *pro se* complaint is to be read liberally,' and should not be dismissed without granting leave to amend at least once when such a reading 'gives *any* indication that a valid claim *might* be stated.' " (citation omitted)).

Accordingly, the judgment of the district court is **VACATED** and the matter is **REMANDED** for further proceedings consistent with this order.